DWAIN R. JOHNSON *v.* STATE OF CONNECTICUT

The plaintiff's motion for a review of the trial court's ruling dated September 29, 1975, denying the plaintiff a bond hearing in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Ronald E. Cassidento,* in support of the motion.

Submitted October 23—decided November 4, 1975

RAYBESTOS-MANHATTAN, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TRUMBULL

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Raymond W. Beckwith,* in support of the petition.
*Burton S. Yaffie,* town attorney, in opposition.

Submitted October 16—decided November 5, 1975

JUDITH LANCE *v.* WELFARE COMMISSIONER

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Edward F. Pasiecznik,* assistant attorney general, in support of the petition.

*Stephen Wizner,* in opposition.

Submitted October 30—decided November 6, 1975